UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARRIE M. WARF, an individual,

    Plaintiff,

-vs-

Case No. 09-14402
Hon: AVERN COHN

ERIK K. SHINSEKI, Secretary, U.S.
Department of Veterans Affairs,

    Defendant.

WINNETHA BENN-BURTON, an individual,

    Plaintiff,

-vs-

Case No. 10-10736
Hon: AVERN COHN

ERIK K. SHINSEKI, Secretary, U.S.
Department of Veterans Affairs,

    Defendant.
_____/

## ORDER DENYING MOTIONS TO CONSOLIDATE CASES PURSUANT TO FED R. CIV. P. 42 (a)

Plaintiffs Carrie Warf and Winnetha Benn-Burton have filed motions to consolidate their cases pursuant to FED. R. CIV. P. 42(a). For the reasons stated on the record on May 12, 2010, the motions are DENIED. As directed by the Court, the parties shall coordinate throughout discovery to minimize the burden on the parties, witnesses, and the Court.

    SO ORDERED.

Dated: May 14, 2010          S/Avern Cohn
                                        AVERN COHN

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 14, 2010, by electronic and/or ordinary mail.

 S/Julie Owens
Case Manager, (313) 234-5160