UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINNETHA BENN-BURTON,

        Plaintiff,

Case No. 10-10736

HONORABLE AVERN COHN

v.

ERIK K. SHINSEKI, Secretary
Department of Veterans Affairs

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on November 03, 2011, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: November 3, 2011

By: s/Julie Owens
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 3, 2011, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160